UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| STEVE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALTERYX, INC., DEAN STOECKER, CHARLES CORY, JEFFREY HORING, ANJALI JOSHI, TIMOTHY MAUDLIN, CECE MORKEN, EILEEN SCHLOSS, DAN WARMENHOVEN, and MARK ANDERSON,<br><br>　　　　　Defendants. | Case No.<br><br>**COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>JURY TRIAL DEMANDED |

Plaintiff Steve Taylor ("Plaintiff"), upon information and belief, including an examination and inquiry conducted by and through his counsel, except as to those allegations pertaining to Plaintiff, which are alleged upon personal belief, alleges the following for his Complaint:

**NATURE OF THE ACTION**

1. Plaintiff brings this action against Alteryx, Inc. ("Alteryx" or the "Company") and its corporate directors for violating Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78n(a), 78t(a), and U.S. Securities and Exchange Commission ("SEC") Rule 14a-9, 17 C.F.R. §240.14a-9 ("Rule 14a-9"), in connection with the proposed acquisition of the Company by Clearlake Capital Group, L.P. ("Clearlake") and Insight Venture Management, LLC ("Insight").[1]

2. On December 18, 2023, Alteryx entered into an Agreement and Plan of Merger

---

[1] The proposed business combination described herein is referred to as the "Proposed Transaction."

(the "Merger Agreement") with Azurite Intermediate Holdings, Inc ("Parent") and Parent's wholly owned subsidiary Azurite Merger Sub, Inc. ("Merger Sub").[2] The Merger Agreement provides that Bristol-Myers Squibb will acquire Alteryx, with each share of Alteryx common stock being converted into the right to receive $48.25 in cash.

3. The Company's corporate directors subsequently authorized the February 9, 2024, filing of a materially incomplete and misleading Schedule 14A Definitive Proxy Statement (the "Proxy Statement") with the SEC. The Proxy Statement, which recommends that Company stockholders vote in favor of the Proposed Transaction, omits or misrepresents material information necessary and essential to that decision. Defendants authorized the issuance of the false and misleading Proxy Statement in violation of Sections 14(a) and 20(a) of the Exchange Act.

4. It is imperative that the material information omitted from the Proxy Statement is disclosed to the Company's stockholders prior to the forthcoming stockholder vote so that they can properly exercise their corporate suffrage rights, among other things.[3]

5. For these reasons and as set forth in detail herein, Plaintiff seeks to enjoin Defendants from taking any steps to consummate the Proposed Transaction unless and until the material information discussed below is disclosed to the Company's stockholders or, in the event the Proposed Transaction is consummated, to recover damages resulting from the defendants' violations of the Exchange Act.

---

[2] Funds managed by affiliates of Clearlake and Insight have committed to capitalize Parent on the closing date of the Proposed Transaction.

[3] The Special Meeting at which stockholders are asked to approve Proposed Transaction currently is scheduled for March 13, 2024.

**JURISDICTION AND VENUE**

6. This Court has jurisdiction over the claims asserted herein for violations of Sections 14(a) and 20(a) of the Exchange Act and SEC Rule 14a-9 promulgated thereunder pursuant to Section 27 of the Exchange Act, 15 U.S.C. § 78aa, and 28 U.S.C. § 1331 (federal question jurisdiction).

7. Personal jurisdiction exists over the defendants because each defendant either conducts business in or maintains operations within this District or is an individual with sufficient minimum contacts with this District to make the exercise of jurisdiction by this Court permissible under traditional notions of fair play and substantial justice.

8. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because defendants are found or are inhabitants or transact business in this District.

**THE PARTIES**

9. Plaintiff is, and is and has been at all times relevant hereto, the owner of Alteryx common stock.

10. Defendant Alteryx is a Delaware corporation with its principal executive offices located at 17200 Laguna Canyon Road, Irvine, California 92618. Alteryx's shares trade on the New York Stock Exchange under the ticker symbol "AYX." Alteryx operates in the analytics automation business in the United States and internationally. The Company's Alteryx Analytics Automation Platform empowers "analytics for all" by delivering easy, end-to-end automation of data engineering, analytics, reporting, machine learning, and data science processes. With embedded artificial intelligence capabilities that accelerate the discovery and sharing of analytics insights, the Company's platform enables enterprises to democratize data analytics across their organizations for a broad range of use cases. The Alteryx Analytics

Automation Platform includes: (i) Alteryx Designer, a data profiling, preparation, blending, and analytics product; (ii) Alteryx Server, a server-based product for scheduling, sharing, and running analytic processes and applications in a web-based environment; (iii) Alteryx Intelligence Suite, a solution that provides automated modeling, optical character recognition, and natural language processing; (iv) Alteryx Connect, a collaborative data exploration platform; and (v) Alteryx Analytics Cloud products comprising (a) Alteryx Designer Cloud, a cloud-native data profiling, preparation, and data pipelining product used to create visual workflows or analytic processes, (b) Alteryx Machine Learning, an automated machine learning product to build, validate, iterate, and explore machine learning models, (c) Alteryx Auto Insights, an analytics solution that automates insights for business users, and (d) Alteryx Location Intelligence, a cloud-native product used to create geospatial-based insights.

11.  Defendant Dean Stoecker ("Stoecker") is and has been Executive Chairman of the Board and a director of the Company at all times relevant hereto. Defendant Stoecker owns approximately 92.55% of the Company's Class B common stock, representing approximately 51.24% of the total voting power of the Company.

12.  Defendant Charles Cory is and has been a director of the Company at all times relevant hereto.

13.  Defendant Jeffrey Horing ("Horing") is and has been a director of the Company at all times relevant hereto. Defendant Horing is also a co-founder and Managing Director at Insight.

14.  Defendant Anjali Joshi is and has been a director of the Company at all times relevant hereto.

15.     Defendant Timothy Maudlin is and has been a director of the Company at all times relevant hereto.

16.     Defendant CeCe Morken is and has been a director of the Company at all times relevant hereto.

17.     Defendant Eileen Schloss is and has been a director of the Company at all times relevant hereto.

18.     Defendant Dan Warmenhoven is and has been a director of the Company at all times relevant hereto.

19.     Defendant Mark Anderson served as the Company's Chief Executive Officer and a director of the Company until his resignation effective January 26, 2024.

20.     Defendants identified in paragraphs 11-19 are collectively referred to herein as the "Board" or the "Individual Defendants."

## SUBSTANTIVE ALLEGATIONS

### The Proposed Transaction

21.     On December 18, 2023, the Company announced in relevant part:

IRVINE, Calif., Dec. 18, 2023 /PRNewswire/ -- Alteryx, Inc. (NYSE: AYX), the Analytics Cloud Platform company, today announced that it has entered into a definitive agreement to be acquired by Clearlake Capital Group, L.P. (together with certain of its affiliates, "Clearlake") and Insight Partners ("Insight"), two global private equity firms, in a transaction valued at $4.4 billion, including debt. Upon completion of the transaction, Alteryx will become a privately held company.

Under the terms of the agreement, Alteryx stockholders will receive $48.25 per share in cash for each share of Alteryx Class A or Class B common stock that they own. The per share purchase price represents a 59% premium to Alteryx's unaffected closing stock price on September 5, 2023, the last full trading day prior to media reports regarding a possible sale transaction.

"We're pleased to announce our agreement with Clearlake and Insight. In addition to delivering significant and certain cash value to our stockholders, this transaction will provide increased working capital and industry expertise, and the flexibility as a private company. Together, we will make investments that matter most to our customers and accelerate our mission of harnessing the power of analytics to enable customers all over the world to transform data into a breakthrough," said Mark Anderson, CEO of Alteryx. "Over the past several years, we've executed a comprehensive transformation strategy to enhance our go-to-market capabilities and establish a strong cloud and AI innovation roadmap. We are excited to partner with Clearlake and Insight for the next stage of Alteryx's journey. Both Clearlake and Insight have great respect for our mission, people and technology, and they look forward to helping our company – and in turn our customers and partners – be even more successful. I would like to thank our talented employees, whose hard work and dedication have helped us reach this milestone and will continue to fuel our success."

"When we founded Alteryx in 1997, we did so with a vision for the future of data science and analytics. Today, Alteryx stands out as an industry leader with a differentiated platform that scales data democratization in a governed manner," said Dean Stoecker, Co-Founder and Executive Chairman of the Alteryx Board of Directors. "Our agreement with Clearlake and Insight validates the strength of our business and the value of Alteryx's capabilities and innovation."

"As organizations become increasingly data driven and focused on utilizing artificial intelligence (AI) technology, we see a tremendous growth opportunity for Alteryx's new AI products and feature-rich cloud solutions and to further its reputation as an innovator in the data preparation and data analytics markets. We believe Clearlake's sector expertise and O.P.S.® framework for supporting company growth, coupled with Alteryx's talented team and impactful mission, is a winning formula for enterprises looking to use data to improve and scale their businesses," said Behdad Eghbali, Co-Founder and Managing Partner, and Prashant Mehrotra, Partner, at Clearlake. "We have long appreciated the Company's best-in-class technology that enables users to transform data into insights, and we are thrilled to support Alteryx as it continues to push the industry forward with generative AI and machine learning SaaS technologies, as well as its growing portfolio of cloud-connected offerings."

"Insight first met Dean in 2006. After witnessing Alteryx's evolution into a data prep and analytics leader, our partnership began in 2014, coinciding with Alteryx's expansion into new verticals and the development of a top-tier product," said Deven Parekh and Ryan Hinkle, each a Managing Director at Insight Partners. "Alteryx's success stands as a testament to their visionary founder's exceptional ability in shaping the future of software and technology – a journey Insight takes great pride in being a part of. We're looking forward to

opening this new chapter with Alteryx as they advance into the next phase of their growth journey, focusing on cloud and AI/ML to create winning products."

**Transaction Details**

The transaction, which was approved and recommended by an independent Special Committee of Alteryx's Board of Directors and then approved by Alteryx's Board of Directors, is expected to close in the first half of 2024, subject to customary closing conditions and approvals, including approval by Alteryx stockholders and the receipt of required regulatory approvals. Mr. Stoecker holds approximately 49% of Alteryx's voting power and has entered into a customary voting agreement to support the transaction. The transaction is not subject to a financing condition or a "majority of the minority" stockholder vote.

Upon completion of the transaction, Alteryx's common stock will no longer be listed on any public stock exchange.

**Advisors**

Qatalyst Partners is serving as exclusive financial advisor, and Wilson Sonsini Goodrich & Rosati, Professional Corporation and Fenwick & West LLP are serving as legal advisors to Alteryx.

Houlihan Lokey, Inc., Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, and Morgan Stanley & Co. LLC are serving as financial advisors to Clearlake and Insight.

Sidley Austin LLP is serving as legal advisor to Clearlake.

Willkie Farr & Gallagher LLP is serving as legal advisor to Insight.

**The Materially Incomplete and Misleading Proxy Statement**

22.     The Board caused to be filed the materially incomplete and misleading Proxy Statement with the SEC on February 9, 2024. The Proxy Statement, which recommends that Alteryx stockholders vote their shares in favor of the Proposed Transaction, fails to disclose material information to Company stockholders, or provides them with materially misleading information, concerning: (a) the financial forecasts for Alteryx; (b) the financial analyses that support the fairness opinion provided by the Company's financial advisor, Qatalyst Partners LP ("Qatalyst").

*Material Misrepresentations and/or Omissions Concerning the Company's Financial Forecasts*

23. The Proxy Statement fails to disclose material information concerning the Company's financial forecasts, including the line items underlying forecasted Non-GAAP Operating Income and Unlevered Free Cash Flow with respect to Alteryx's "Financial Projections."

24. According to the Proxy Statement, before the Board approved Company management's financial forecasts for the second half of 2023 through 2026 (the "Alteryx long-term plan") and extrapolations for calendar years 2027 through 2033 (the "plan extrapolations"), Alteryx management provided the special committee or the Board numerous prior iterations of the Alteryx long-term plan and plan extrapolations. The Proxy Statement, however, fails to disclose these prior iterations, the underlying assumptions, or the changes made thereto.[4]

*Material Misrepresentations and/or Omissions Concerning the Financial Analyses Prepared by Qatalyst*

25. The Proxy Statement fails to disclose material information concerning the financial analyses prepared by Qatalyst.

26. As to the *Discounted Cash Flow Analysis* performed by Qatalyst, the Proxy

---

[4] The Proxy Statement specifically fails to disclose: (a) long-term operating and financial plan for Alteryx for the second half of 2023 through 2026, presented at the May 17, 2023 Special Committee meeting; (b) long-term operating and financial plan for Alteryx for the second half of 2023 through 2026 including the underlying growth and operating expense assumptions and related sensitivities reflecting feedback provided at the May 17, 2023 Special Committee meeting, as presented at the May 25, 2023 Board meeting; (c) updated long-term operating and financial plan for Alteryx for the second half of 2023 through 2026, presented at the July 6, 2023 Board meeting; and (d) illustrative extrapolation of the Alteryx long-term plan for 2027 through 2033 presented at the August 2, 2024 Special Committee meeting.

Statement fails to disclose the Company's terminal values and fully-diluted outstanding shares.

27. As to the *Selected Companies Analysis* and *Selected Transactions Analysis* performed by Qatalyst, the Proxy Statement fails to disclose the respective financial metrics for each of selected company and transaction. The Proxy Statement also fails disclose Alteryx's fully diluted shares outstanding.

28. The omission of the above-referenced information renders statements in the "Financial Projections" and "Opinion of Qatalyst Partners LP" sections of the Proxy Statement materially incomplete and misleading in contravention of the Exchange Act. Statement materially incomplete and misleading in contravention of the Exchange Act.

29. Absent disclosure of the foregoing material information prior to the stockholder vote, Plaintiff and the other stockholders of the Company will be unable to make a sufficiently informed decision in connection with the Proposed Transaction and are thus threatened with irreparable harm warranting the injunctive relief sought herein.

## CLAIMS FOR RELIEF

### COUNT I

**Claims for Violation of Section 14(a) of the Exchange Act and Rule 14a-9 Promulgated Thereunder Against the Individual Defendants and Alteryx**

30. Plaintiff repeats and realleges the preceding allegations as if fully set forth herein.

31. The Individual Defendants disseminated the false and misleading Proxy Statement, which contained statements that, in light of the circumstances under which they were made, omitted to state material facts necessary to make the statements therein not materially

misleading, in violation of Section 14(a) of the Exchange Act and Rule 14a-9. Alteryx is liable as the issuer of these statements.

33. The Proxy Statement was prepared, reviewed, and/or disseminated by the Individual Defendants. By virtue of their positions within the Company, the Individual Defendants were aware of this information and their duty to disclose this information in the Proxy Statement.

33. The Individual Defendants were at least negligent in filing the Proxy Statement with these materially false and misleading statements.

34. The omissions and false and misleading statements in the Proxy Statement are material in that a reasonable stockholder will consider them important in deciding how to vote on the Proposed Transaction. In addition, a reasonable investor will view a full and accurate disclosure as significantly altering the total mix of information made available in the Proxy Statement and in other information reasonably available to stockholders.

35. The Proxy Statement is an essential link in causing Plaintiff and the Company's stockholders to approve the Proposed Transaction.

36. By reason of the foregoing, defendants violated Section 14(a) of the Exchange Act and Rule 14a-9 promulgated thereunder.

37. Because of the false and misleading statements in the Proxy Statement, Plaintiff is threatened with irreparable harm.

## COUNT II

### Claims for Violation of Section 20(a) of the Exchange Act
### Against the Individual Defendants

38. Plaintiff repeats and realleges the preceding allegations as if fully set forth

herein.

39. The Individual Defendants acted as controlling persons of Alteryx within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their positions as officers and/or directors of Alteryx and participation in and/or awareness of the Company's operations and/or intimate knowledge of the false statements contained in the Proxy Statement, they had the power to influence and control and did influence and control, directly or indirectly, the decision making of the Company, including the content and dissemination of the various statements that Plaintiff contends are false and misleading.

40. Each of the Individual Defendants was provided with or had unlimited access to copies of the Proxy Statement alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause them to be corrected.

41. Each of the Individual Defendants had direct and supervisory involvement in the day-to-day operations of the Company, and, therefore, is presumed to have had the power to control and influence the transactions giving rise to the violations as alleged herein and exercised the same. The Proxy Statement contains the unanimous recommendation of the Individual Defendants to approve the Proposed Transaction. They were thus directly involved in the making of the Proxy Statement.

42. By virtue of the foregoing, the Individual Defendants violated Section 20(a) of the Exchange Act.

43. As set forth above, the Individual Defendants had the ability to exercise control over and did control a person or persons who have each violated Section 14(a) of the Exchange Act and Rule 14a-9, by their acts and omissions as alleged herein. By virtue of their positions

as controlling persons, these defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of defendants' conduct, Plaintiff is threatened with irreparable harm.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment and preliminary and permanent relief, including injunctive relief, in his favor on behalf of the Company, and against defendants, as follows:

A. Preliminarily and permanently enjoining defendants and all persons acting in concert with them from proceeding with, consummating, or closing the Proposed Transaction and any vote on the Proposed Transaction, unless and until defendants disclose and disseminate the material information identified above to Company stockholders;

B. In the event defendants consummate the Proposed Transaction, rescinding it and setting it aside or awarding rescissory damages to Plaintiff;

C. Declaring that defendants violated Sections 14(a) and/or 20(a) of the Exchange Act;

D. Awarding Plaintiff the costs of this action, including reasonable allowance for Plaintiff's attorneys' and experts' fees; and

E. Granting such other relief as this Court may deem just and proper.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.]

## **JURY DEMAND**

Plaintiff demands a trial by jury on all claims and issues so triable.

Dated:  February 15, 2024  **LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@LongLawDE.com

*Attorneys for Plaintiff*