**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| STEVE TAYLOR, | ) |
| Plaintiff, | ) Case No. 1:24-cv-00203-GBW |
| v. | ) |
| ALTERYX, INC., DEAN STOECKER, CHARLES CORY, JEFFREY HORING, ANJALI JOSHI, TIMOTHY MAUDLIN, CECE MORKEN, EILEEN SCHLOSS, DAN WARMENHOVEN, and MARK ANDERSON, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: April 17, 2024            **LONG LAW, LLC**

                        By:   */s/ Brian D. Long*
                              Brian D. Long (#4347)
                              3828 Kennett Pike, Suite 208
                              Wilmington, DE 19807
                              Telephone: (302) 729-9100
                              Email: BDLong@longlawde.com

                              *Attorneys for Plaintiff*